Chief Judge Cooke
(dissenting). Under the circumstances, I cannot agree that petitioner’s behavior warrants his removal. Instances of misconduct occurred only on two separate days. Petitioner behaved egregiously on those two days, but it is uncontroverted that he was an alcoholic acting under the influence of alcohol. Indeed, petitioner now admits his illness. For nearly two years, however, it is indicated that he has regularly participated in Alcoholics Anonymous and has abstained from alcohol. Reference should also be made to the testimony that petitioner has otherwise always performed well on the Bench and that he has a “very high” reputation for honesty, integrity, and truthfulness. From all that appears, petitioner has succeeded in controlling his illness. In no way do I condone petitioner’s misconduct. Under the circumstances, however, censure would be an appropriate and sufficient sanction.